## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The Defendant, **Victor Matti DEMATTIA** ("**DEMATTIA**"), age 64, is a resident of Mechanicsville, Maryland.

From in or about February 2009 through in or about June 2018, **DEMATTIA** stole monthly Civil Service Retirement System (CSRS) pension payments and Social Security Retirement Insurance Benefit (RIB) payments intended for his mother ("Individual 1") after her death from the Office of Personnel Management (OPM) and the Social Security Administration (SSA) respectively, resulting in a loss to the United States Government of $409,421.

Specifically, at the time of Individual 1's death, Individual 1 was receiving CSRS pension payments from OPM and RIB payments from SSA by direct deposit to a joint account held by **DEMATTIA** and Individual 1. When Individual 1 died, **DEMATTIA** did not notify SSA or OPM of Individual 1's death, and as a result, SSA and OPM continued to make monthly deposits into the joint bank account. **DEMATTIA** would withdraw and spend the CSRS and RIB funds each month, typically by checks he endorsed, payable to himself or to his now-defunct medical transport business, Patriot Medical Transport.

On March 5, 2019, during a consensual interview conducted by agents of the SSA Office of Inspector General and OPM Office of Inspector General, **DEMATTIA** admitted to spending Individual 1's RIB and CSRS payments after Individual 1's death. **DEMATTIA** further admitted that he knew he was not entitled to the money, and stated that he nonetheless spent the funds because he needed them to cover expenses for his failing business such as payroll, fuel, receivables, and other operating expenses. **DEMATTIA** also admitted that he spent the funds on personal expenses through debit card purchases after the closure of his business.

In total, **DEMATTIA** stole $369,018 from OPM and $40,403 from SSA after Individual 1's death.

Rev. August 2018

SO STIPULATED:

_____
Michael F. Davio
Special Assistant United States Attorney


_____
Victor Matti Demattia
Defendant

*John Chamble*
_____
John Chamble, Esq.
Counsel for Defendant